

# The Attorney General of Texas

December 28, 1979

**MARK WHITE**
Attorney General

Supreme Court Building
P.O. Box 12548
Austin, TX. 78711
512/475-2501

701 Commerce, Suite 200
Dallas, TX. 75202
214/742-8944

4824 Alberta Ave., Suite 160
El Paso, TX. 79905
915/533-3484

723 Main, Suite 610
Houston, TX. 77002
713/228-0701

806 Broadway, Suite 312
Lubbock, TX. 79401
806/747-5238

4313 N. Tenth, Suite F
McAllen, TX. 78501
512/682-4547

200 Main Plaza, Suite 400
San Antonio, TX. 78205
512/225-4191

An Equal Opportunity/
Affirmative Action Employer

Honorable Hal H. Hood
Firemen's Pension Commissioner
503-F Sam Houston State Office Bldg.
Austin, Texas 78701

Opinion No. MW-119

Re: Eligibility for membership in the Pension Fund of a person who has reached his 35th birthday, but has not reached his 36th birthday.

Dear Commissioner Hood:

You have asked our opinion in construing article 6243e, section 10A-3(i) which provides that no person is eligible for membership in the city Fireman's Relief and Retirement Fund if he is more than thirty-five (35) years of age at the time he first enters service as a fireman. The question presented is whether a person who is subject to this statute is "more than thirty-five (35) years of age" the day after his 35th birthday or not until he becomes thirty-six (36) years of age.

In construing this statute, we feel it significant that under article 1269m, section 9, dealing with fireman's civil service, the requirement is made that no person is eligible for a beginning position with a Fire Department who has reached his thirty-sixth (36th) birthday.

While it is arguable that an individual is more than thirty-five (35) years of age the day after his 35th birthday, the requirements of the civil service law suggest that what the legislature intended by the phrase "more than thirty-five (35) years of age" in article 6243e, section 10A-3(i) is age thirty-six rather than thirty-five years and one day.

## SUMMARY

For the purposes of article 6243e, section 10A-3(i), a person is not more than thirty-five (35) years of age until he reaches his thirty-sixth (36th) birthday.

Very truly yours,

MARK WHITE
Attorney General of Texas

JOHN W. FAINTER, JR.
First Assistant Attorney General

TED L. HARTLEY
Executive Assistant Attorney General

Prepared by Eva King Loutzenhiser
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

C. Robert Heath, Chairman
David B. Brooks
Bob Gammage
Susan Garrison
Rick Gilpin
Les King
Eva King Loutzenhiser
Bruce Youngblood